UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff(s),<br><br>　　　　v.<br><br>RAMEL DECKARD,<br>DASHAWN HAMPTON, and<br>TALIEK PAYNE<br><br>　　　　　　　　Defendant(s). | 24-CR-152 (DEH)<br><br>SCHEDULING ORDER |

DALE E. HO, United States District Judge:

It is hereby ORDERED that the parties appear for an arraignment and initial conference with the Court on **March 22, 2024**, at **2:30 p.m.**, in **Courtroom 905** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

SO ORDERED.

Dated: March 19, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　DALE E. HO
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge