# JAMES E. NEUMAN, P.C.

Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

——

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com

July 9, 2024

BY ECF
Hon. Dale E. Ho
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v Deckard,* 24 Cr. 152 (DEH)

Your Honor:

      I represent Ramel Deckard in the referenced case and write to request that the conference currently scheduled for July 12, 2024, be postponed to sometime during the week of August 19-August 23, 2024, or to a date thereafter convenient to this Court. The reason for this request is so that the defense can continue reviewing the discovery, which will help inform the parties about the scheduling of any potential motions and a trial.

      The government consents to this application. And the defense agrees to exclude time for speedy trial purposes.

Application **GRANTED**. The status conference previously scheduled for July 12, 2024 is adjourned to **September 3, 2024 at 11:30 a.m.** The Court hereby excludes time through September 3,, 2024 under the Speedy Trial Act, 18 USC 3161(h)(7)(A). The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendant in a speedy trial, because it will permit time for the defendant to continue reviewing discovery and to help inform the parties about the scheduling of any potential motions and trial. The Clerk of Court is respectfully requested to close ECF No. 39.

Respectfully submitted,

_____/s/_____
James E. Neuman

**SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: July 10, 2024
New York, New York