

# RICHARD H. ROSENBERG
## ATTORNEY AT LAW

217 BROADWAY  
SUITE 707  
NEW YORK, NEW YORK 10007

TEL: 212-586-3838  
FAX: 212-962-5037  
richrosenberg@msn.com

September 30, 2024

Hon. Dale E. Ho  
United States District Court Judge  
Southern District of New York  
Thurgood Marshall Courthouse  
40 Foley Square  
New York, New York 10007

**Application GRANTED.** The Court approves the expenditure of CJA funds to retain Clara S. Kalhous, Esq. as associate counsel at a rate of $135.00 per hour for an initial period of 50 hours with leave to request additional hours if necessary.

The Clerk of Court is respectfully requested to close ECF No. 58.

**SO ORDERED.**

*/s/ Dale E. Ho*  
Dale E. Ho  
United States District Judge  
Dated: October 3, 2024  
New York, New York

**Re: United States v. Ramel Deckard et al**  
**24 Cr. 152 (DEH)**

Dear Judge Ho:

    I am the CJA attorney that was appointed to succeed attorney James Neumann in the representation of Ramel Deckard in the above-referenced matter.

    I write today to respectfully request authorization for the expenditure of CJA funds to retain the services of Clara S. Kalhous, Esq. as associate counsel to assist me in representing Mr. Deckard.

    Ms. Kalhous has assisted several S.D.N.Y. counsels, including me, in the past as an associate counsel. In one of those cases, during the pandemic, Ms. Kalhous served as second seat associate counsel to me in a trial before Judge Preska (*United States v. Adelekan*, 19 Cr. 291 (LAP)) and her assistance was first rate. Ms. Kalhous is experienced and adept at reviewing digital discovery, preparing legal memoranda and preparing for and assisting at trial and appellate practice.

  Ms. Kalhous' appointment would be timely as I was just recently furnished with the voluminous discovery involved in the case and expect to be furnished additional discovery shortly. Appointing Ms. Kalhous at this juncture would be a valuable addition to the defendant's defense.

  Should Your Honor be inclined to grant this application it is respectfully requested that Ms. Kalhous be approved at the rate of $135.00 per hour for an initial period of 50 hours with leave to request additional hours should the need arise.

  Thank you for your consideration to this request.

                Respectfully submitted,
                _____/s/_____
                Richard H. Rosenberg, Esq.

Cc: All counsel (by ECF)