

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 16, 2024

Application **GRANTED.** The status conference previously scheduled for 11:00 a.m. on October 18, 2024, shall be adjourned until **3:00 p.m.**

**BY ECF**

The Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

The Clerk of Court is respectfully requested to close ECF No. 61.

**SO ORDERED.**

Dale E. Ho
U.S. District Judge
Dated: October 16, 2024
New York, New York

Re:   *United States v. Ramel Deckard*, 24 Cr. 152 (DEH)

Dear Judge Ho:

    The Government submits this letter to respectfully request that the Court adjourn the October 18, 2024 status conference, currently scheduled for 11 a.m., to a time convenient to the Court after 3 p.m. on October 18th. The Government has conferred with counsel for the defendant, who consents to the requested adjournment.

    Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____/s/_____
Georgia V. Kostopoulos
Assistant United States Attorney
(212) 637-2212