

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Jacob K. Javits Federal Office Building*
*26 Federal Plaza*
*New York, New York 10278*

January 23, 2025

**BY ECF**

The Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    ***United States v. Ramel Deckard**, 24 Cr. 152 (DEH)*

Dear Judge Ho:

    In advance of the pre-trial motion hearing scheduled for Monday, January 27, 2025, the parties have conferred and do not believe that a hearing on the motions is necessary. The parties, however, are available if the Court has any questions regarding the defendant's outstanding motions.

    In the event the motion hearing is cancelled, the Government respectfully requests that the time between January 27, 2025 and the date of the start of trial on June 23, 2025 be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow the parties time to prepare for trial and brief any motions and gives the parties an opportunity to discuss the possibility of pretrial resolution of this case. Defense counsel has informed the Government that they consent to the exclusion of time.

    Respectfully submitted,

    DANIELLE R. SASSOON
    United States Attorney for the
    Southern District of New York

By: *Meredith Fost*
    Meredith Foster/ Georgia Kostopoulos
    Assistant United States Attorneys
    Tel.: (212) 637-2310/-2212

cc:    Clara Kalhous & Richard Rosenberg, Esq. (via ECF)

Application **GRANTED.** The motion hearing previously scheduled for January 27, 2024, is hereby canceled. The Court hereby excludes time from January 27, 2025 through June 23, 2025, under the Speedy Trial Act, 18 USC 3161(h)(7)(A). The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendant in a speedy trial, because it will allow the parties time to prepare for trial, brief any motions, and to discuss the possibility of a pretrial resolution in this matter. The Clerk of Court is respectfully requested to close ECF No. 81. **SO ORDERED.**

Dated: January 24, 2025
New York, New York

Dale E. Ho
United States District Court