UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RAMEL DECKARD,<br>　　　　　　　　　Defendant. | 24-CR-152-1 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

Before the Court are the Defendant Ramel Deckard's motions in limine. For the reasons stated below, the Defendant's motions are DENIED, as follows:

1. Defendant's motion to dismiss counts 5, 6, and 7 is DENIED WITHOUT PREJUDICE to renewal following disposition of the petition for a writ of certiorari in *Barrett v. United States*, 24-5774;

2. Defendant's motion for a bill of particulars, Rule 16 discovery, and *Brady* material is DENIED as moot; and

3. Defendant's motion to suppress Victim-1's identification is DENIED WITHOUT PREJUDICE to renewal at trial.

The Clerk of Court is respectfully directed to close ECF No. 76.

SO ORDERED.

Dated: January 27, 2025
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DALE E. HO
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1