UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RAMEL DECKARD,<br>                          Defendant. | 24-CR-152-1 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On February 20, 2025, the Court received a letter from Mr. Deckard which appears to contain privileged attorney-client information. The Court will maintain the letter under seal in the vault and will provide a copy to Mr. Deckard's attorney.

SO ORDERED.

Dated: February 21, 2025
       New York, New York

                                                      DALE E. HO
                                                  United States District Judge