

# RICHARD H. ROSENBERG
## ATTORNEY AT LAW

| | |
|---|---|
| 217 BROADWAY | TEL: 212-586-3838 |
| SUITE 707 | FAX: 212-962-5037 |
| NEW YORK, NEW YORK 10007 | richrosenbergesq@gmail.com |

February 28, 2025

> **Application GRANTED.** A conference is scheduled in this matter for **March 12, 2025, at 12:00 p.m.** in Courtroom 905 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007. The Court will request that CJA counsel Avraham Moskowitz be present at the conference. The Clerk of Court is respectfully directed to close ECF No. 86.
> **SO ORDERED**.
>
> Dale E. Ho
> United States District Judge
> Dated: March 10, 2025
> New York, New York

Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: United States v. Deckard,
24 Cr. 152 (DEH)

Dear Judge Ho:

    Thank you for providing counsel with a copy of the letter sent by Ramel Deckard to the Court. The Defense has met with Mr. Deckard and confirmed that he would like new counsel. We therefore respectfully ask the Court to set a date as soon as convenient to the Court for a hearing at which we can discuss the issue of representation as raised by Mr. Deckard in his letter.

    Thank you for your consideration to this request.

Respectfully submitted,
____/s/_____
Richard H. Rosenberg, Esq.

Cc: All counsel (by ECF)