**MEMO ENDORSED**

# RICHARD H. ROSENBERG
### ATTORNEY AT LAW

217 BROADWAY  
SUITE 707  
NEW YORK, NEW YORK 10007

TEL: 212-586-3838  
FAX: 212-962-5037  
richrosenberg@msn.com

April 10, 2025

Hon. Dale E. Ho  
United States District Court Judge  
Southern District of New York  
Thurgood Marshall Courthouse  
40 Foley Square  
New York, New York 10007

> Application **GRANTED**. The Court approves Ms. Kalhous' additional 27.3 work hours *nunc pro tunc* so that she may be compensated in full. The Clerk of Court is respectfully requested to close ECF No. 92. **SO ORDERED.**
>
> Dated: April 11, 2025          Dale E. Ho  
> New York, New York          United States District Judge

**Re: United States v. Ramel Deckard et al**  
**24 Cr. 152 (DEH)**

Dear Judge Ho:

    On October 3, 2024, the Court granted my request to appoint Clara S. Kalhous, Esq. as associate counsel to assist me in representing Mr. Deckard for an initial period of 50 hours at $135 per hour. *See* Dkt. No. 59. In the same Order, the Court granted leave to request additional hours for Ms. Kalhous, should the need arise.

    From that date until counsel were replaced on April 4, 2025, Ms. Kalhous assisted in every aspect of the representation, from meeting with Mr. Deckard to speaking with his family members, to negotiating with the Government, to researching and drafting motions on Mr. Deckard's behalf. In the course of this work, she exceeded the 50 hours for which her services had been approved, spending a total of 77.3 hours on the case.

    Because Ms. Kalhous' services were essential to the representation of Mr. Deckard and were performed at my request and for his benefit, I respectfully ask the Court to approve the additional 27.3 hours *nunc pro tunc* so that Ms. Kalhous can be compensated in full for her work on the case.

Thank you for your consideration of this request.

                                                    Respectfully submitted,
                                                    ____/s/_____
                                                    Richard H. Rosenberg, Esq.

Cc:    All counsel (by ECF)