UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            v.<br><br>RAMEL DECKARD,<br>                                    Defendant. | 24-CR-152-1 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

    The Court has been advised that the Defendant may want to enter a change of plea. Accordingly, the parties shall appear for a conference with the Court on **July 22, 2025,** at **4:00 p.m.** in **Courtroom 905** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

    SO ORDERED.

Dated: July 16, 2025
       New York, New York

                                                                       DALE E. HO
                                                  United States District Judge