

U.S. Department of Justice

United States Attorney
Southern District of New York

**MEMO ENDORSED**

The Jacob K. Javits Federal Building
26 Federal Plaza, 37th Floor
New York, New York 10278

November 24, 2025

Application **GRANTED.** The sentencing hearing previously scheduled for November 25, 2025, at 10:00 a.m. is hereby adjourned to November 25, 2025, at 2:30 p.m. The Clerk of Court is respectfully directed to close ECF No. 108. **SO ORDERED.**

Dated: November 24, 2025
New York, New York

Dale E. Ho
United States District Judge

**BY ECF**

The Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Ramel Deckard*, 24 Cr. 152 (DEH)

Dear Judge Ho:

The Government submits this letter in advance of the defendant's sentencing, which is currently scheduled for 10 a.m. on November 25, 2025. The Government respectfully requests that the Court adjourn tomorrow's sentencing to 2:30 p.m. on November 25, 2025, or a time otherwise convenient to the Court, in order to accommodate a scheduling conflict with another court proceeding. The Government has conferred with counsel for the defendant, who does not oppose the requested adjournment.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _____
Meredith C. Foster
Georgia V. Kostopoulos
Assistant United States Attorneys
(212) 637-2310 / -2212